IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| VICKI NICHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 3:20-cv-0205-TCB |
| ELITE BURGERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The parties having announced that this case has settled, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this 26th day of October, 2021.

_____
Hon. Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.